O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN EDWARD VANLUE GARRETT, | Case No. 2:22-cv-04680-GW-KES |
|---|---|
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 9). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice for lack of jurisdiction.

DATED: December 20, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE