JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN EDWARD VANLUE GARRETT,

          Petitioner,

    v.

UNITED STATES OF AMERICA,

          Respondent.

Case No. 2:22-cv-04680-GW-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of jurisdiction.

DATED:  December 20, 2022

_____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE